UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, INDIVIDUALLY AND V.J. DAUTERIVE, INDIVIDUALLY AND AILEEN DAUTERIVE AND V.J. DAUTERIVE ON BEHELF OF THEIR MINOR SON WILLIAM DAUTERIVE AND, V.J. DAUTERIVE ON BEHALF OF HIS MINOR SON ALEXANDER DAUTERIVE<br><br>VERSUS<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>JUDGE  00-0268<br><br>LORETTA G. WHYTE<br><br>MAGISTRATE SECT G MAG 3 |

## MOTION FOR EXTENSION OF TIME

Defendant, State Farm Fire and Casualty Company, moves this Honorable Court to extend an additional twenty (20) days to defendant, the time within which defendant must answer plaintiff's petition, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to answering. No previous extensions of time have been obtained from the adverse party in this action or granted by this Court.

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY MAILING THE SAME TO EACH, PROPERLY ADDRESSED AND POSTAGE PREPAID ON THIS ___ DAY OF January, 2000

_____
BURT K. CARNAHAN

_____
BURT K. CARNAHAN, #3920
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

_____
CHRISTOPHER M. NABB #26418

JAN 31 2000
DATE OF ENTRY_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, INDIVIDUALLY AND V.J. DAUTERIVE, INDIVIDUALLY AND AILEEN DAUTERIVE AND V.J. DAUTERIVE ON BEHELF OF THEIR MINOR SON WILLIAM DAUTERIVE AND, V.J. DAUTERIVE ON BEHALF OF HIS MINOR SON ALEXANDER DAUTERIVE<br><br>VERSUS<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * * * * * * * * * * * * * * | CIVIL ACTION   68<br><br>JUDGE<br><br>MAGISTRATE   3 |

## **ORDER**

Considering the above and foregoing motion of defendant, State Farm Fire and Casualty Company, requesting a twenty (20) day extension of time to plead;

**IT IS ORDERED, ADJUDGED AND DECREED** that such extension of time be granted.

New Orleans, Louisiana, this 28th day of January, 2000.

_____
JUDGE