```
                              UNITED STATES DISTRICT COURT
                                        FILED
                              ┌─────────────────────────────┐
                              │     February 28, 2000       │
                              └─────────────────────────────┘
                              EASTERN DISTRICT OF LOUISIANA
                                     Loretta G. Whyte
                                          Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AILEEN DAUTERIVE ET AL                         CIVIL ACTION

VERSUS                                         NO. 00-268

STATE FARM INS. CO.                            SECTION "G"

### PRELIMINARY CONFERENCE NOTICE

**A PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **MONDAY, MARCH 20, 2000, at 3:00 p.m.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

                                          _____
                                          Cesyle Nelson
                                          COURTROOM DEPUTY CLERK, SECTION "G"
                                          504-589-7680

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

                                          __FEE_____
                                          XXPROCESS____
                                          XXDOCKET_____
                                          XXCTRM DEP___
                                          DOCUMENT NO.__9