

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 10 P 4: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, INDIVIDUALLY AND V.J. DAUTERIVE, JR., INDIVIDUALLY AND AILEEN DAUTERIVE AND V.J. DAUTERIVE, JR. ON BEHALF OF THEIR MINOR SON, WILLIAM DAUTERIVE AND V.J. DAUTERIVE, JR. ON BEHALF OF HIS MINOR SON ALEXANDER DAUTERIVE | * * * * * * * * | CIVIL ACTION: 00-0268<br><br>SECTION: "G"<br><br>MAGISTRATE: 3 |
| VERSUS | * * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * * * | |

### JOINT MOTION AND ORDER OF PARTIAL DISMISSAL

On joint motion of plaintiffs, Aileen Dauterive, Individually, V.J. Dauterive, Jr., Individually and Aileen Dauterive and V.J. Dauterive, Jr. on behalf of their minor son, William Dauterive, and V.J. Dauterive, Jr. on behalf of his minor son, Alexander Dauterive, and defendant, State Farm Mutual Automobile Insurance Company, only in its capacity as the alleged liability insurer of David Durnin, through undersigned counsel, and on suggestion to the court that all claims and demands against defendant named herein have been settled and this suit against State Farm Mutual Automobile Insurance Company, only in its capacity as the liability insurer of David Durnin, should accordingly

MAR 17 2000

DATE OF ENTRY _____

be dismissed, with prejudice, each party bearing its own costs, reserving unto plaintiffs all rights and causes of action against all other defendants.

Respectfully submitted,

_____
VICTOR DAUTERIVE, JR. (La. #4570)
2010 Peckham Drive
Chalmette, Louisiana 70043
(504) 277-9749

Attorney for plaintiffs, Aileen Dauterive, Individually,
V.J. Dauterive, Jr., Individually and Aileen Dauterive and
V.J. Dauterive, Jr. on behalf of their minor son, William Dauterive,
and V.J. Dauterive, Jr. on behalf of his minor son, Alexander Dauterive

_____
J. ROUMAIN PETERS, III (La. #21810)
Porteous, Hainkel, Johnson & Sarpy, L.L.P.
704 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3838

Attorney for Defendant,
State Farm Mutual Automobile Insurance Company,
as the liability insurer of David Durnin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, INDIVIDUALLY AND V.J. DAUTERIVE, JR., INDIVIDUALLY AND AILEEN DAUTERIVE AND V.J. DAUTERIVE, JR. ON BEHALF OF THEIR MINOR SON, WILLIAM DAUTERIVE AND V.J. DAUTERIVE, JR. ON BEHALF OF HIS MINOR SON ALEXANDER DAUTERIVE | * * * * * * * * * | CIVIL ACTION: 00-0268<br><br>SECTION: "G'<br><br>MAGISTRATE: 3 |
| VERSUS | * * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * * * | |

## ORDER

CONSIDERING THE FOREGOING,

It is ordered that all claims and demands by plaintiffs against State Farm Mutual Automobile Insurance Company, only in its capacity as the liability insurer of David Durnin, be dismissed with prejudice, reserving unto plaintiff all rights received against all other defendants.

New Orleans, Louisiana this 15th day of March, 2000.

_____
JUDGE, EASTERN DISTRICT