

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, INDIVIDUALLY AND V.J. DAUTERIVE, JR., INDIVIDUALLY AND AILEEN DAUTERIVE AND V.J. DAUTERIVE, JR. ON BEHALF OF THEIR MINOR SON WILLIAM DAUTERIVE AND, V.J. DAUTERIVE, JR. ON BEHALF OF HIS MINOR SON ALEXANDER DAUTERIVE | * * * * * * * * * | CIVIL ACTION: 00-0268<br><br>SECTION: "G"<br><br>MAGISTRATE: 3 |
| VERSUS | * * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * * * * | |

### MOTION AND ORDER FOR LEAVE OF COURT TO AMEND ANSWER

NOW INTO COURT, appearing through undersigned counsel, comes defendant State Farm Mutual Automobile Insurance Company (and referred to herein as simply "State Farm") to request leave to amend its answer to plaintiff's complaint. In support of its motion for leave to amend its answer, State Farm respectfully represents that:

DATE OF ENTRY APR 19 2000

1.   Under Federal Rule of Civil Procedure 15(a), a party may amend a pleading by leave of court, and leave shall be freely given where justice so requires.

2.   Defendant, State Farm, desires to amend its pleading to include that since the filing of its last pleading in this matter, it made an unconditional tender of uninsured/underinsured motorist benefits to each plaintiff, the details of which are more fully explained in the attached amended answer.

3.   Counsel for State Farm has discussed this amendment to its answer with counsel for the plaintiffs, and counsel for plaintiffs expressed that he does not oppose the amendment to the answer.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company respectfully requests that it be granted leave to amend its answer.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 12th day of April, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

CHRISTOPHER M. Mc NABB

BURT K. CARNAHAN, #3920
CHRISTOPHER M. McNABB, #26418
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290

## **ORDER**

It is hereby ORDERED that defendant, State Farm Mutual Automobile Insurance Company, is granted leave to amend its answer.

This 17th day of April, 2000, in New Orleans, Louisiana.

_____
JUDGE