

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AILEEN DAUTERIVE, | * | CIVIL ACTION: 00-0268 |
| INDIVIDUALLY AND V.J. | * | |
| DAUTERIVE, JR., INDIVIDUALLY | * | SECTION: "G" |
| AND AILEEN DAUTERIVE AND V.J. | * | |
| DAUTERIVE, JR. ON BEHALF OF | * | MAGISTRATE: 3 |
| THEIR MINOR SON WILLIAM | * | |
| DAUTERIVE AND, V.J. DAUTERIVE, | * | |
| JR. ON BEHALF OF HIS MINOR SON | * | |
| ALEXANDER DAUTERIVE | * | |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |
| | * | |
| | * | |

**JOINT MOTION TO EXTEND DEADLINE OF SUBMISSION
OF REPORTS OF EXPERTS AND PHYSICIANS TO OPPOSING COUNSEL**

**NOW INTO COURT,** through undersigned counsel, come the parties of the above captioned matter, and having agreed to extend the deadline set by the Court for submitting the reports of experts and/or physicians to opposing counsel. Counsel for each

DATE OF ENTRY
JUL 1 9 2000



side has submitted, or will submit, a list of the experts and physicians whose reports they intend to use by the deadline set by the court. Plaintiffs and defendant agree that, in light of the difficulty experienced by each of securing the reports they wish to use within the deadline, each will grant to the other a 30-day extension in which to submit the reports of experts and physicians named in their respective lists of such persons provided to opposing counsel.

**WHEREFORE,** plaintiffs, Aileen Dauterive, et al, and defendant, State Farm Mutual Automobile Insurance Company, pray that their joint motion be Granted, and that they each be provided the above extension for submission of reports of experts and physicians.

Respectfully submitted;

_____
BURT K. CARNAHAN, #3920
CHRISTOPHER M. McNABB, #26418
LOBMAN, CARNAHAN, BAT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290

_____
V.J. DAUTERIVE, JR., #4570
~~2010 PAKENHAM DR.~~
CHALMETTE, LOUISIANA 70043
(504)277-9749

## ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Extend Deadline for Submission of Reports of Experts and Physicians to Opposing Counsel is granted, and the deadline for submission of such reports is extended thirty (30) days from the deadline for submission of the list of experts and physicians.

New Orleans, Louisiana, the 18th day of July, 2000.

_____
JUDGE