UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -9 PM 3:52

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| AILEEN DAUTERIVE, | * | CIVIL ACTION: 00-0268 |
| INDIVIDUALLY AND V.J. | * | |
| DAUTERIVE, JR., INDIVIDUALLY | * | SECTION: "G" |
| AND AILEEN DAUTERIVE AND V.J. | * | |
| DAUTERIVE, JR. ON BEHALF OF | * | MAGISTRATE: 3 |
| THEIR MINOR SON WILLIAM | * | |
| DAUTERIVE AND, V.J. DAUTERIVE, | * | |
| JR. ON BEHALF OF HIS MINOR SON | * | |
| ALEXANDER DAUTERIVE | * | |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |
| | * | |
| | * | |

## MOTION FOR AND JUDGMENT OF PARTIAL DISMISSAL

**ON MOTION** of plaintiffs, Victor J. Dauterive, Jr., individually and on behalf of his minor son, Alexander Dauterive, and Aileen Dauterive and Victor J. Dauterive, Jr. on behalf of their minor son, William Dauterive, appearing herein through undersigned counsel, and on suggesting to this Honorable Court that their claims in the above entitled and numbered cause have been amicably settled and fully compromised, move that their claims be dismissed, with full prejudice, leaving only the individual claims of the plaintiff Aileen Dauterive, each party to bear their own costs;

DATE OF ENTRY

AUG 1 1 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of plaintiffs, Victor J. Dauterive, Jr., individually and on behalf of his minor son, Alexander Dauterive, and Aileen Dauterive and Victor J. Dauterive, Jr. on behalf of their minor son, William Dauterive, in the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, leaving on the individual claims of Aileen Dauterive, each party to bear their own costs;

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this 11th day of August, 2000.

_____
**JUDGE**

_____
Victor J. Dauterive, Jr., #4750
2010 Pakenham Drive
Chalmette, LA 70043

CERTIFICATE OF SERVICE

...ly that I have on this 9th day of August, 19 2000 served a copy of the foregoing ...counsel of record via the United States Postal Ser- ...roperly addressed, and postage prepaid.