**MINUTE ENTRY**
**AFRICK, M.J.**
**August 17, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AILEEN DAUTERIVE, ET AL**          CIVIL ACTION NO. 00-0268

versus                               SECTION: "G" (3)

**STATE FARM INSURANCE COMPANY, ET AL**

    A settlement conference is scheduled in the above-captioned case on September 18, 2000, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

    **On or before September 12, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608.** All counsel are to have access to someone with full authority.

                                                    LANCE M. AFRICK
                                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
AUG 1 8 2000