

**MINUTE ENTRY**
**AFRICK, M.J.**
**September 18, 2000**

### UNITED STATES   DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**AILEEN DAUTERIVE, ET AL**                    **CIVIL ACTION NO. 00-0268**

**versus**                                     **SECTION: "G" (3)**

**STATE FARM INSURANCE COMPANY, ET AL**

A settlement conference was held on this date.  Following discussions amongst the parties the above-captioned case has settled.  The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
SEP 1 9 2000