

**SEP 19 2000**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AILEEN DAUTERIVE, ET AL** | **CIVIL ACTION NO. 00-0268** |
| versus | SECTION: "G" (3) |
| **STATE FARM INSURANCE COMPANY, ET AL** | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within thirty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 19th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 0 2000

